

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00300-CV

| | | |
|---|---|---|
| TEXAS HEALTH CARE, P.L.L.C. AND TIMOTHY J. JONES, D.O., Appellants | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-293099-17) |
| E.D., A MINOR, BY AND THROUGH HER PARENTS B.O. AND D.D. AS NEXT FRIENDS, Appellee | § | March 5, 2020 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's order denying Texas Health Care, P.L.L.C. and Timothy J. Jones, D.O.'s motion to dismiss, and we render judgment dismissing with prejudice the health care liability claims of E.D., by and through her parents B.O. and D.D. We remand this case to the trial court to assess Texas Health's and Dr. Jones's reasonable attorney's fees and court costs.

It is further ordered that Appellee shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By \_/s/ Wade Birdwell_____
     Justice Wade Birdwell